37 F.3d 1491
 J. Mead Williamson, F.D.I.B., Inc.
v.
Piper Aircraft Corporation, Teledyne Continental Motors
Aircraft Products Division, a Division of Teledyne
Industries, Inc., Federal Aviation Administration, U.S. v.
Braden's Flying Service, Inc., Mejia (Robert S.), Hannifin
(Parker), Airborne Division, Davis (Kenneth E.), Wreski
(Robert M.), F.D.I.B., Mil, Inc.; Mejia (Robert S.) v. Piper
Aircraft Corporation, Teledyne Continental Motors Aircraft
Products Division, a Division of
 NOS. 93-1817, 93-1822
 United States Court of Appeals,
Third Circuit.
 Aug 09, 1994
 
 Appeal From: E.D.Pa.,
 Buckwalter, J.
 
 
 1
 AFFIRMED; APPEAL DENIED.